IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BAE SYSTEMS ORDNANCE SYSTEMS, INC.
and XL INSURANCE AMERICA, INC., as
Subrogee of BAE Systems Ordinance
Systems, Inc.                                                              PLAINTIFFS

v.                                    Civil No. 1:15-cv-01035

EL DORADO CHEMICAL COMPANY                                  DEFENDANT

## JUDGMENT

Pursuant to the reasons set forth in the Memorandum Opinion entered in this case of even date, El Dorado Chemical Company's ("Defendant") Amended and Substituted Motion for Summary Judgment or Partial Summary Judgment (ECF No. 72) should be and hereby is **GRANTED**. Defendant's Motion for Summary Judgment or Partial Summary Judgment (ECF No. 65) should be and hereby is **DENIED AS MOOT**. The Motion for Summary Judgment on Count I (ECF No. 83) filed by BAE Systems Ordinance Systems, Inc. and XL Insurance America, Inc. ("Plaintiffs") should be and hereby is **DENIED**. Accordingly, Plaintiffs' Complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of March, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge